HERRIN v. FULLER E. CALLAWAY COMPANY et al.

FISH, C. J. The court did not err in refusing, on conflicting evidence, to grant an interlocutory injunction.

> Judgment affirmed. All the Justices concur.

> No. 891. NOVEMBER 15, 1918.

Petition for injunction. Before Judge Terrell. Carroll superior court. February 5, 1918.

A. H. Freeman, for plaintiff.    Boykin & Boykin, for defendants.